UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETFLIX, INC.,<br><br>                    Movant,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br>DIVX CF INVESTORS LLC,<br><br>                    Respondents. | Miscellaneous No. 1:25-mc-00230<br><br><u>Underlying Litigation:</u><br><br>*DivX, LLC v. Netflix, Inc.*, No. 2:19-cv-1602-GW (DFMx) (C.D. Cal.) |

### NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS

Please take notice that pursuant to Federal Rule of Civil Procedure 45, Netflix, Inc. ("Movant") moves the Court to compel Fortress Investment Group LLC ("Fortress Investment Group") and DivX CF Investors LLC ("DivX CF Investors") (collectively, "Fortress") to comply with Movant's Subpoenas to Produce Documents.

Netflix respectfully requests that the Court grant Netflix's Motion.

DATED: May 20, 2025               Respectfully submitted,

                                  By: */s/ Jeffrey A. Dennhardt*
                                  Jeffrey A. Dennhardt (#5343660)
                                  Jeffrey.Dennhardt@wilmerhale.com
                                  Wilmer Cutler Pickering
                                    Hale and Dorr LLP
                                  7 World Trade Center
                                  250 Greenwich Street
                                  New York, NY 10007
                                  Telephone: (212) 230-8800
                                  Facsimile: (212) 230-8888

                                  Brittany B. Amadi (*pro hac vice* to be filed)

1

Wilmer Cutler Pickering
  Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
brittany.amadi@wilmerhale.com

*Attorneys for Movant Netflix, Inc.*