**MEMO ENDORSED**



May 20, 2025

**Jeffrey Dennhardt**

+1 212 295 6293 (t)
+1 212 230 8888 (f)
jeffrey.dennhardt@wilmerhale.com

**VIA ECF**

Assigned Judge
United States District Court for the Southern District of New York

Re: *DivX, LLC v. Netflix, Inc.*, Civil Action No. ~~2:19-cv-1602-GW~~ **25mc230** (DFMx) (C.D. Cal.)

Dear Assigned Judge,

     Pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Rule 5.2(b) and 7.l(d), and the United States District Court, Southern District of New York's Sealed Records Filing Instructions ("Filing Instructions"), Netflix, Inc. ("Netflix") respectfully submits this letter requesting to file under seal Exs. 20-39 (the "Proposed Sealed Exhibits") and to file redacted portions of the Declaration of Brittany Amadi and its Memorandum of Law In Support Of Its Motion to Compel Production Of Documents Pursuant To Subpoenas.

     "Although the right of public access to court records is firmly entrenched and well supported by policy and practical considerations, the right is not absolute." *In re Orion Pictures Corp.*, 21 F .3d 24, 27 (2d Cir. 1994). Third parties' privacy interests are a venerable common law exception to the presumption of access. *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). This Court has routinely held that "[r]edaction may be appropriate to protect confidential information." *See, e.g., Fairstein v. Netflix, Inc.*, No. 20-cv-8042 (PKC), 2023 WL 6164293, at *1 (S.D.N.Y. Sept. 21, 2023).

     Netflix seeks to file under seal the Proposed Sealed Exhibits, which have been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in the underlying litigation, *DivX, LLC v. Netflix, Inc.*, Civil Action No. 2:19-cv-1602-GW (DFMx) (C.D. Cal.) (the "California litigation"). In so designating, the parties that produced the designated documents affirmed that these documents contain information, the disclosure of which "would create a substantial risk of serious harm that could not be avoided by less restrictive means." *DivX, LLC v. Netflix, Inc.*, Civil Action No. 2:19-cv-1602-GW (DFMx) (C.D. Cal.), Dkt. 100 (Stipulated Protective Order) at 3. As such, Netflix moves to file under seal the Proposed Sealed Exhibits to maintain confidential business information of DivX, LLC, Fortress Investment Group LLC, DivX CF Investors LLC, and affiliated entities, in accordance with the Protective Order in the California action.

     Netflix also seeks to redact those portions of the Amadi Declaration and Memorandum which cite to or discuss the Proposed Sealed Exhibits in a way that could reveal protected information. Netflix respectfully requests that this Court defer to the Stipulated Protective Order in the underlying litigation and seal the documents at issue here.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WILMERHALE

May 20, 2025
Page 2

Sincerely,

*/s/ Jeffrey Dennhardt*
Jeffrey Dennhardt

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 3 and to maintain docket entries 5 and 7 under seal.

Dated:    May 23, 2025            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE