UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NETFLIX, INC.,

              Movant,

-v.-

FORTRESS INVESTMENT GROUP LLC
and DIVX CF INVESTORS LLC,

              Respondents.

25 Misc. 230 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a conference regarding Movant's motion to compel (Dkt. #1) and Respondents' request for a protective order (Dkt. #20) on **November 19, 2025**, at **3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:  October 9, 2025
            New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge