UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETFLIX, INC.,

               Movant,

     -v.-

FORTRESS INVESTMENT GROUP LLC
and DIVX CF INVESTORS LLC,

            Respondents.

25 Misc. 230 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference regarding the Court's oral decision in this case on **December 18, 2025**, at **10:00 a.m.**  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated:   December 16, 2025
        New York, New York

                                       KATHERINE POLK FAILLA
                                    United States District Judge