UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETFLIX, INC.,

                  Movant,

        -v.-

FORTRESS INVESTMENT GROUP LLC
and DIVX CF INVESTORS LLC,

                Respondents.

25 Misc. 230 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in the Court's December 18, 2025 oral decision, Movant Netflix, Inc.'s ("Netflix's") motion to compel is GRANTED IN PART and DENIED IN PART. Respondents Fortress Investment Group LLC ("Fortress") and DivX CF Investors LLC ("DivX") are ORDERED to review, produce, and log documents related to the NeuLion transaction in accordance with the Court's decision, and counsel for Respondents is directed to file a sworn statement evidencing compliance with that decision on or before **January 30, 2026**. As for the other two categories of documents, namely (i) documents regarding contributions and distributions and (ii) documents evidencing Fortress's control of DivX, Netflix's motion is DENIED.

The Court authorizes counsel for Respondents to file her sworn statement under seal, viewable to the Court and the parties only. The Clerk of Court is directed to terminate the pending motion at docket entry 1.

SO ORDERED.

Dated:  December 18, 2025
       New York, New York

KATHERINE POLK FAILLA
United States District Judge